# Court of Appeals
# of the State of Georgia

ATLANTA, January 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0012.    U&Z TRADING, INC. AND ZEHN JIN LI v. CITY OF DORAVILLE.**

Appellants' motion for extension of time to file application for discretionary appeal is hereby GRANTED.  Appellants shall have 30 days from January 9, 2014 in which to file their application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/08/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*